IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV52
(1:02CR19-3)

| | |
|---|---|
| HAROLD DEAN GARRETSON, JR. )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's supplement to his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

This Court dismissed the Petitioner's motion pursuant to § 2255 by Judgment entered July 18, 2005. On July 19, 2005, the Petitioner's supplement was filed by the Clerk, apparently crossing in the mail with the Judgment. However, the supplement contains only a restatement of those issues presented in the original petition and sets forth no new law or legal argument that would entitle the Petitioner to relief.

**IT IS, THEREFORE, ORDERED** that the Petitioner's supplement to his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is hereby **DENIED**.

2

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge